# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                         Chapter 13

                                         Bankruptcy No. 13-14629-ELF

QUETSY RODRIGUEZ

3933 ELSINORE STREET

PHILADELPHIA, PA 19124

         Debtor

## CERTIFICATE OF SERVICE

        **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

    Debtor(s), at the address listed, by first class mail.

     QUETSY RODRIGUEZ

     3933 ELSINORE STREET

     PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

     JAMES MORAN ESQUIRE
     2230 LAND TITLE BUILDING
     100 SOUTH BROAD STREET
     PHILA, PA 19110-

                                     /S/ William C. Miller

Date: 9/9/2016            _____

                                 William C. Miller, Esquire
                                 Chapter 13 Standing Trustee