**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

QUETSY RODRIGUEZ                                    Chapter 13

                Debtor                     Bankruptcy No. 13-14629-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

      **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.

**Date: October 19, 2016**
                                      _____
                                      Eric L. Frank
                                      ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES MORAN ESQUIRE
2230 LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILA, PA 19110-

Debtor:
QUETSY RODRIGUEZ

3933 ELSINORE STREET

PHILADELPHIA, PA 19124