United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Quetsy Rodriguez  
    Debtor

Case No. 13-14629-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 2    Date Rcvd: Oct 19, 2016  
                   Form ID: pdf900    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2016.
```
db              +Quetsy Rodriguez,   3933 Elsinore Street,   Philadelphia, PA 19124-5411
13063208        +Louis Vitti, Esq.,   Vitti & Vitti,   215 Fourth Ave.,,   Pittsburgh, PA 15222-1707
13063209        +PNC Bank,   Consumer Loan Center,   Mailstop: P5-PCLC-A2-R,   2730 Liberty Ave.,,
                  Pittsburgh, PA 15222-4704
13108452        +PNC Mortgage,   c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
13115080        +Transit Workers Federal Credit Union,   Attn: Ms. Margie Coan,   919 E. Cayuga Street,
                  Philadelphia, PA 19124-3817
13063210        +Transit Workers Federal Credit Union,   1933 Fairmount Ave.,   Philadelphia, PA 19130-2028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Oct 20 2016 02:01:21     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2016 02:00:50
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2016 02:01:09     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2016 01:56:32
                  PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
cr               E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2016 01:56:43     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
cr              +E-mail/Text: rhdlaw@aol.com Oct 20 2016 02:00:58     Transit Workers Federal Credit Union,
                  c/o Robert H. Dickman, Esq.,   100 S. Broad Street, S/1610,   Philadelphia, PA 19110-1023
13095872        +E-mail/Text: bankruptcy@cavps.com Oct 20 2016 02:01:07     Cavalry Portfolio Services,
                  500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
13122378         E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 20 2016 02:01:04     Jefferson Capital Systems LLC,
                  PO BOX 7999,   SAINT CLOUD MN 56302-9617
13174216         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2016 01:56:31
                  LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                  Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13163804         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2016 01:56:16
                  Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13467027         E-mail/PDF: rmscedi@recoverycorp.com Oct 20 2016 01:56:45
                  Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13080842        +E-mail/Text: bncmail@w-legal.com Oct 20 2016 02:01:01     TD BANK USA, N.A.,
                  C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13073073         James D. Moran,100 S.Broad St.,Phila.PA 19110
13508391*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,
                  Norfolk, VA 23541)
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                             Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Oct 19, 2016
                              Form ID: pdf900           Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
              JAMES D. MORAN    on behalf of Debtor Quetsy  Rodriguez jamesdmoran@hotmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LOUIS P. VITTI    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION jennifer@vittilaw.com,
               tiffany@vittilaw.com
              ROBERT H. DICKMAN    on behalf of Creditor    Transit Workers Federal Credit Union rhdlaw@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| QUETSY RODRIGUEZ | Chapter 13 |
| Debtor | Bankruptcy No. 13-14629-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: October 19, 2016**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES MORAN ESQUIRE
2230 LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILA, PA 19110-

Debtor:
QUETSY RODRIGUEZ

3933 ELSINORE STREET

PHILADELPHIA, PA 19124